DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
NEAL HONG (ILBN 6309265)
Assistant United States Attorneys
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Frank.Riebli@usdoj.gov
    Neal.Hong@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-448 JST |
| Plaintiff, | STIPULATION AND |
| v. | [PROPOSED] |
| AINSLEE SMITH, et al, | ORDER EXCLUDING TIME |
| Defendants. | |

The parties appeared on February 1, 2019. That appearance was the First Appearance for three of the four defendants. At that hearing, the government advised the Court that it had produce a substantial amount of discovery, including investigative reports, photos, videos, audio recordings, and GPS data, and the legal process the government used to obtain some of the evidence in this case. The government advised that it had additional discovery to produce, including cell phone downloads. The parties agreed that the defendants require time to review and consider that evidence. For that reason, and to allow time for the government to complete the cell phone downloads and produce them, the parties asked that the Court continue the matter until April 5, 2019 at 9:30 a.m., and that the Court exclude time between February 1, 2019 and April 5, 2019 for the effective preparation of counsel. The

parties agreed that the need to prepare outweighed the public's and the defendants' interests in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: February 15, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
FRANK J. RIEBLI
NEAL HONG
Assistant United States Attorneys

  /s/ Frank Riebli w/ permission
TONY TAMBURELLO
Attorney for Ainslee Smith

  /s/ Frank Riebli w/ permission
RICHARD TAMOR
Attorney for Britt Dunn

  /s/ Frank Riebli w/ permission
SCOTT SUGARMAN
Attorney for Tyler Soohoo

  /s/ Frank Riebli w/ permission
MICHAEL LEVINSOHN
Attorney for Michael Swenk

For the reasons stated above, the Court finds that time is properly excluded from February 1, 2019 to and including April 5, 2019 for the effective preparation of counsel, and that these interests outweigh the interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(b)(iv). SO ORDERED.

DATED: February 22, 2019

_____
HON. JON S. TIGAR
United States District Judge